1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   A.B., a minor, by and through his        ) Case No.: 8:18-cv-01553-DOC-ADS
     guardian ad litem, Yaneli Alonso; J.A.,   )
12   a minor, by and through his guardian ad   )
     litem, Yaneli Alonso; L.B., a minor, by   ) **JUDGMENT**
13   and through her guardian ad litem,        )
     Carmela Lucero Ortega; I.B., a minor,     )
14   by and through her guardian ad litem,     )
     Carmela Lucero Ortega; J.M., a minor,     )
15   by and through her guardian ad litem,     )
     Rosa Brito; DANIEL BRITO                   )
16   SAAVEDRA; CARMELA LUCERO                    )
     ORTEGA; JOEL BRITO; ROSA                    )
17   BRITO; YARUMI BRITO; and                    )
     JENNIFER AVALOS,                            )
18                                               )
             Plaintiffs,                         )
19                                               )
         vs.                                     )
20                                               )
     CITY OF SANTA ANA; TYLER                    )
21   LIGGETT; IVAN VERA; and DOES 1             )
     through 10, inclusive,                      )
22                                               )
             Defendants.                         )
23   _____          )

24          The Motion for Summary Judgment filed by Defendants City of Santa Ana

25   and Officer Tyler Liggett came on regularly for hearing on January 6, 2020 in

26   Courtroom 9D of the United States District Court for the Central District of

27   California, the Honorable David O. Carter, Judge Presiding.

28   ///

1    After reviewing the moving and opposing papers, as well as the evidence
2    presented in support of and in opposition to the motion, the matter having been
3    duly considered, the issues having been duly heard, and a decision having been
4    duly rendered for Defendants City of Santa Ana and Officer Tyler Liggett,

5    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in
6    favor of Defendants City of Santa Ana and Officer Tyler Liggett and against
7    Plaintiffs A.B., J.A., L.B., J.M., Daniel Brito Saavedra, Carmen Lucero Orgeta,
8    Joel Brito, Rosa Brito, Yarumi Brito, and Jennifer Avalos.  Defendants City of
9    Santa Ana and Officer Tyler Liggett shall recover their costs.

10    IT IS SO ORDERED.

12   DATED:  January 10, 2020

_David O. Carter_
HON. DAVID O. CARTER
U.S. District Judge